IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHERYL YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 111-046 |
| | ) | |
| AUGUSTA COLLECTION AGENCY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff is proceeding *pro se* and *in forma pauperis* ("IFP") in the above-captioned case. On May 16, 2011, the Magistrate Judge screened her complaint pursuant to the IFP statute and issued an Order allowing Plaintiff to proceed with a single claim under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* (doc. no. 4),[1] as well as a Report and Recommendation ("R&R") in which he recommended dismissing the remainder of her claims for failure to state a claim upon which relief may be granted. (Doc. no. 5.) In lieu of filing objections to the R&R, Plaintiff has filed a motion to voluntarily dismiss her case in

---

[1] The Court ordered the United States Marshal to effect service of process on Defendant. (Doc. no. 4, p. 4.) However, there is no indication in the record that service has been accomplished. The **CLERK** is **DIRECTED** to serve the United States Marshall with a copy of this Order so that any ongoing efforts to effect service may be discontinued. The **CLERK** is also **DIRECTED** to serve Defendant with a copy of this Order at the address provided in Plaintiff's complaint. (Doc. no. 1, p. 1.)

its entirety. (Doc. no. 7.) As Defendant has not filed an answer or any other responsive pleading in this case, according to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff may dismiss her case without an Order from the Court. Therefore, the Clerk is **DIRECTED** to **DISMISS** this civil action without prejudice and to terminate all pending motions.

SO ORDERED this 17th day of June, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA